■ Beacon Federal, Respondent, v Philip J. Simao et al., Appellants, et al., Defendants. [924 NYS2d 872]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered July 27, 2010 in a mortgage foreclosure action. The order, inter alia, granted plaintiff judgment against defendants.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Smith, Carni, Sconiers and Green, JJ.